**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 03-7492**

—————————

ANTHONY PAYNE SILER,

                              Plaintiff - Appellant,

        versus

MICHAEL W. BELL; R. H. FUTRELL; R. WHITE; T.
L. UNDERWOOD; SARGEANT JOHNSON; SARGEANT
SMITH;    CORRECTIONAL    OFFICER    BARRETT;
CORRECTIONAL OFFICER STALLINGS; R. STRICKLAND;
HATTIE B. PIMPONG,

                              Defendants - Appellees.

—————————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief
District Judge.  (CA-02-534-5)

—————————

Submitted:  June 23, 2004                Decided:  July 14, 2004

—————————

Before GREGORY and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Anthony Payne Siler, Appellant Pro Se. James Philip Allen, NORTH
CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for
Appellees.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Anthony Payne Siler appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Siler v. Bell, No. CA-02-534-5 (E.D.N.C. Sept. 8, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED